United States District Court
Southern District of Texas
**ENTERED**
September 29, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

| | | |
|---|---|---|
| **MAX IVAN TIJERINA,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 7:26-CV-204** |
| | § | |
| **ABC FITNESS SOLUTIONS, LLC,** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding the Motion to Withdraw as Counsel of Record (Dkt. No. 11) and the dismissal of Plaintiff's civil action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. After having reviewed said Report and Recommendation, and no objections having been filed by either party, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED**, **ADJUDGED**, and **DECREED** that the conclusions in United States Magistrate Judge J. Scott Hacker's Report and Recommendation entered as Docket Entry No. 21 are hereby adopted by this Court.

FURTHER, the Court, having adopted the Magistrate Judge's conclusions, is of the opinion that the Motion to Withdraw as Counsel of Record (Dkt. No. 11) is hereby GRANTED, such that Zane C. Hedaya and the Law Offices of Jibrael S. Hindi, PLLC are granted leave to withdraw as Plaintiff's counsel. Moreover, this civil action will be **DISMISSED** for the failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

The Clerk shall send a copy of this Order to the parties.

IT IS SO **ORDERED** on this 29TH day of September 2026 in McAllen, Texas.

Arthur R. Jones
United States District Judge